RICHARD J. WALLACE, III
Texas Bar No. 24008224
Scheef & Stone, L.L.P.
500 North Akard, Suite 2700
Dallas, Texas 75201
Telephone (214) 706-4200
Facsimile (214) 706-4242

ATTORNEYS FOR CREDITOR
EQUIPMENTSHARE.COM, INC.

# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| IN RE: § § § | Chapter 11 |
| IM SERVICES GROUP, LLC § § § | Case No. 21-00737-NGH |
| DEBTOR. § | |

## REQUEST FOR NOTICE

COMES NOW SCHEEF & STONE, L.L.P., by and through the undersigned, and files this its Request for Notice (the "Notice") on behalf of creditor Equipmentshare.com, Inc. and pursuant to Bankruptcy Rules 9010 and 2002, hereby requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the undersigned at the address set forth below:

Richard J. Wallace, III
Scheef & Stone, L.L.P.
500 North Akard, Suite 2700
Dallas, Texas 75201
(214) 706-4200
(214) 706-4242 Facsimile
richard.wallace@solidcounsel.com

Please take further notice that pursuant to 11 U.S.C. § 1109, the foregoing demand includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation, notice of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether written or oral, and whether

**REQUEST FOR NOTICE**                                                                                             **PAGE 1**

transmitted or conveyed by mail, email, courier, telephone, facsimile or otherwise, filed with regard to the above-referenced bankruptcy proceeding.

Respectfully submitted,

By: /s/ Richard J. Wallace, III
    Richard J. Wallace, III
    Texas Bar No. 24008224

SCHEEF & STONE, L.L.P.
500 North Akard, Suite 2700
Dallas, Texas 75201
(214) 706-4200 Telephone
(214) 706-4242 Facsimile
richard.wallace@solidcounsel.com

ATTORNEYS FOR CREDITOR
EQUIPMENTSHARE.COM, INC.

CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, and served upon all parties receiving notice pursuant to the CM/ECF system on this the 13th day of January, 2022.

/s/ Richard J. Wallace, III
Richard J. Wallace, III