Matthew T. Christensen, IBS: 7213
JOHNSON MAY
199 N. Capitol Blvd., Ste. 200
Boise, ID 83702
Phone: (208) 348-8588
Fax: (208) 629-2157
Email: mtc@johnsonmaylaw.com

Attorneys for Debtor in Possession

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No. 21-00737-NGH |
| IM SERVICES GROUP, LLC, | Chapter 11 |
| Debtor. | |

## NOTICE OF CHANGE OF ADDRESS

### (Libertas Funding, LLC and Small Business Administration)

The Debtor, through its counsel of record, JOHNSON MAY, gives notice of the following

returned mail and change of addresses:

| FROM: | TO: |
|---|---|
| Libertas Funding LLC<br>63 W 36th Street, 5th Floor<br>New York, NY 10018 | Libertas Funding LLC<br>411 W. Putnam Ave., Ste. 220<br>Greenwich, CT 06830 |
| Small Business Administration<br>PO Box 740192<br>Atlanta, GA 30374 | Small Business Administration<br>409 3rd Street SW<br>Washington, DC 20416 |

DATED this 2nd day of February, 2022.

/s/ Matt Christensen
MATTHEW T. CHRISTENSEN
Attorney for Debtor in Possession

NOTICE OF CHANGE OF ADDRESSES – PAGE 1

Document      Page 2 of 2

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 2nd day of February, 2022, I filed the foregoing NOTICE OF CHANGE OF ADDRESSES electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Jesse A.P. Baker | ecfidb@aldridgepite.com |
| Aaron Robert Bell | abell@eberle.com |
| Brett R Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| Matthew T. Christensen | mtc@johnsonmaylaw.com |
| Amber Nicole Dina | amberdina@givenspursley.com |
| Jon B Evans | jb.evans@stoel.com |
| Jonathan David Hallin | jhallin@lukins.com |
| R. Ron Kerl | ron@cooper-larsen.com |
| Jed W. Manwaring | jmanwaring@evanskeane.com |
| James K. Miersma | bknotice@mccarthyholtus.com |
| Chad Moody | crm@johnsonmaylaw.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |
| Bradley VandenDries | bvandendries@eberle.com |
| Brent R. Wilson | bwilson@hawleytroxell.com |

Any others as listed on the Court's ECF Notice.

AND I FURTHER CERTIFY that on the 2nd day of February, 2022, I served the foregoing on the following non-CM/ECF Registered Participants via first class mail with postage prepaid addressed as follows:

Libertas Funding LLC
411 W. Putnam Ave., Ste. 220
Greenwich, CT 06830

Small Business Administration
409 3rd Street SW
Washington, DC 20416

/s/ Matt Christensen
Matthew T. Christensen

NOTICE OF CHANGE OF ADDRESSES – PAGE 2