# UNITED STATES BANKRUPTCY COURT
## *District of Idaho*

| | |
|---|---|
| In Re: ) | |
| ) | |
| IM Services Group, LLC ) | Case No.: 21–00737–NGH |
| 5418 N. Eagle Rd., Ste. 160 ) | Chapter: 7 |
| Boise, ID 83713–0100 ) | |
| ) | **NOTICE FIXING TIME** |
| Social Security No.: ) | **FOR FILING REQUEST** |
| Employer's Tax I.D. No.: 47–5158820 ) | **FOR PAYMENT OF AN** |
| ) | **ADMINISTRATIVE** |
| Social Security No.: ) | **EXPENSE** |
| Employer's Tax I.D. No.: ) | |
| ) | |
| Debtor(s) ) | |
| ) | |
| _____ ) | |
| ) | |

## *NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST*

NOTICE is hereby given that a bankruptcy case concerning the debtor(s) listed above was previously filed under Chapter 11 and was converted to a case under Chapter 7 on 5/17/22 .

Pursuant to LBR 1019.1, all applications for allowance of administrative expenses in the original case, other than those of a governmental unit, shall be filed by 8/15/22 .

Papers must be received by the bankruptcy clerk's office by the aforementioned deadline.

Dated: 6/1/22    Stephen W Kenyon
    Clerk of the Bankruptcy Court