Timothy R. Kurtz, ISB No. 8774
CHAPTER 7 BANKRUPTCY TRUSTEE
P.O. Box 956
Boise, ID 83701
Telephone (208) 287-8125
Facsimile (208) 287-8130

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>IM Services Group, LLC<br><br>Debtor(s). | Case No. 21-00737-NGH<br>Chapter 7<br><br>**MINUTES OF 341(a) MEETING OF CREDITORS** |

Date of Meeting: 06/16/2022, 11:00 AM

Location of Meeting: Telephonic - Boise, Idaho

Recorder Track No.: 28

1. Debtor's representatives Henry Alec McLarty and Sabatha Kelsey were sworn and examined.

2. Debtor's attorney was present.

3. Debtor's representatives' identifications were verified.

4. Debtor's representatives' social security numbers were verified.

5. The following creditors appeared at the meeting:
    Ron Kerl – Attorney for Creditor John Deere Construction
    Aaron Bell – Attorney for Creditor Telecon, LLC

6. The meeting was continued to 07/25/2022 at 10:00 AM.

Date: June 22, 2022                              /s/ Timothy R. Kurtz
                                                 Chapter 7 Bankruptcy Trustee