Timothy R. Kurtz, ISB No. 8774
CHAPTER 7 BANKRUPTCY TRUSTEE
P.O. Box 956
Boise, ID 83701
Telephone (208) 287-8125
Facsimile (208) 287-8130

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

In Re:

IM Services Group, LLC

Debtor(s).

Case No. 21-00737-NGH
Chapter 7

**MINUTES OF 341(a) MEETING OF CREDITORS**

Date of Meeting: 07/25/2022, 10:00 AM

Location of Meeting: Boise, Idaho - Telephonic

Recorder Track No.: 1

1. Debtor's representatives Henry Alec McLarty and Sabatha Kelsey were present.

2. Debtor's attorney was present.

3. Debtor's representatives' identifications were verified.

4. Debtor's social security number were verified.

5. The following creditors appeared at the meeting: None.

6. The meeting was continued to 09/13/2022 at 09:00 AM, In-Person. The continued meeting location: James A. McClure Federal Building and United States Courthouse, 550 West Fort Street, Room 395, Boise, Idaho 83724.

Date: July 26, 2022　　　　　　　　　　　　　　/s/ Timothy R. Kurtz
　　　　　　　　　　　　　　　　　　　　　　　Chapter 7 Bankruptcy Trustee