David W. Gadd (ISB #7605)
Stover, Gadd & associates, PLLC
905 Shoshone St. N.
P.O. Box 1428
Twin Falls, Idaho 83303-1428
Telephone: (208) 736-9900
Facsimile: (208) 736-9929
dwg@magicvalleylaw.com
*Attorneys for Creditor BFLP, LLC*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF IDAHO

| In Re:<br><br>IM Services Group, LLC<br><br>Debtor. | Case No. 21-00737-NGH<br><br>Chapter 7 |
|---|---|

### MOTION OF BFLP, LLC FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE AND SECOND MOTION TO COMPEL IMMEDIATE PAYMENT OF OUTSTANDING POSTPETITION OBLIGATION UNDER NONRESIDENTIAL LEASE

---

**Notice of Motion of BFLP, LLC for Allowance and Payment of Administrative Expense Claim and Second Motion to Compel Immediate Payment of Outstanding Postpetition Obligation under Nonresidential Lease and Opportunity to Object and for a Hearing**

No Objection.  The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within seventeen (17) days of the date of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

Objection.  Any objection shall set out the legal and/or factual basis for the objection.  A copy of the objection shall be served upon the movant.

MOTION OF BFLP, LLC FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE AND SECOND MOTION TO COMPEL IMMEDIATE PAYMENT OF OUTSTANDING POSTPETITION OBLIGATION UNDER NONRESIDENTIAL LEASE – Page 1

COMES NOW BFLP, LLC ("BFLP"), by and through its undersigned counsel, and hereby requests the Court enter an order directing the chapter 7 trustee to pay to BFLP the amount of $48,906.72, either as a chapter 11 administrative expense pursuant to 11 U.S.C. § 503(b) or pursuant to 11 U.S.C. § 365(d)(3)(A). The requested amount reflects the base rent, debtor's proportionate share of operating costs, late fees, and interest incurred in connection with debtor's lease and occupation of certain commercial real property subsequent to the order for relief commencing this case under chapter 11 of the Code and prior to the entry of the Court's *Order Converting Case to Chapter 7 and Denying Motion to Appoint a Chapter 11 Trustee* (Doc 243), as well as $2,000.00 in attorney's fees previously ordered to be paid by this Court (Doc 210). In support of this Motion, BFLP asserts as follows:

1. The Court has subject matter jurisdiction over this Motion pursuant to 28 U.S.C. § 1334. This is a core matter pursuant to 28 U.S.C. § 157(b)(2).

2. Venue of this motion is proper in this District under and pursuant to 28 U.S.C. § 1409.

3. Debtor commenced this case by the filing of a voluntary Chapter 11 petition on December 28, 2021 (the "Petition Date").

4. BFLP is the owner and landlord of certain commercial real property commonly known as 5418 Eagle Road, Suites 140 and 160, Boise, Idaho (the "Premises").

5. BFLP and debtor executed a Lease and Option to Purchase Agreement dated January 1, 2021 (the "Lease"), pursuant to which debtor agreed to lease from BFLP the "Premises" for an initial term of three (3) years. A copy of the Lease is attached hereto as **Exhibit A**.

6. Under the terms of the Lease, BFLP agreed to pay base rent in the following amounts: $6,747.50 per month through December 31, 2021; $6,949.93 per month through December 31, 2022; and $7,156.85 per month through December 31, 2023.

7. In addition to the base rent, debtor agreed to pay, as additional rent, debtor's proportionate share of the amount by which BFLP's operating costs exceeded a certain amount, which amount equaled $362.00 per month for calendar year 2021 and $420.09 per month for calendar year 2022.

8. Furthermore, pursuant to paragraph 30 of the Lease, debtor agreed to pay a late charge equal to six percent (6%) of any overdue amounts plus interest at the rate of five (5) points over the prime lending rate of U.S. Bank.

9. Debtor occupied the Premises continuously from the commencement of this case through May 17, 2022, and continues to occupy a portion of the Premises.

10. On May 17, 2022, this case was converted to a case under Chapter 7 (Doc. 243).

11. For the time period commencing from the date that the order for relief was entered (December 28, 2021) through the date that this case was converted to a case under Chapter 7 (May 17, 2022), $48,906.72 has accrued and is presently due and owing as post-petition rent, operating costs, late fees, interest, and attorney's fees, broken down as follows:

| | |
|---|---|
| Rent (December 28, 2021 – March 2022) | $35,620.29 |
| Operating Costs | $ 2,147.17 |
| Late Fees | $ 7,498.39 |
| Interest | $ 1,640.87 |
| Attorney's Fees | $ 2,000.00[1] |
| **Total** | **$48,906.72** |

---

[1] The Court has previously ordered the debtor to pay the attorney's fees requested (Doc

MOTION OF BFLP, LLC FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE AND SECOND MOTION TO COMPEL IMMEDIATE PAYMENT OF OUTSTANDING POSTPETITION OBLIGATION UNDER NONRESIDENTIAL LEASE – Page 3

12. BFLP is entitled to an order authorizing and requiring the trustee to pay BFLP the amount of $48,906.72 as a chapter 11 administrative expense under § 503(b) or pursuant to § 365(d)(3)(A).

13. Prior to the conversion of this case, this Court ordered the debtor, acting as debtor in possession under the chapter 11 case, to pay the sum of $37,672.93 or to vacate the Premises on or before May 6, 2022 (Doc 210).

14. As noted above, the debtor did not vacate the Premises by such date, and the trustee has not paid the amount previously ordered to be paid or any portion thereof.

15. BFLP is entitled to payment of $48,906.72 under the provisions of 11 U.S.C. §§ 365(d)(3)(A) and 503(b).

16. BFLP reserves the right to request authorization and payment of administrative expenses incurred subsequent to the entry of the Court's *Order Converting Case to Chapter 7 and Denying Motion to Appoint a Chapter 11 Trustee* on May 17, 2022. BFLP intends on filing a motion requesting the same after the debtor fully vacates the Premises, which is anticipated to be on or before August 31, 2022.

WHEREFORE, BFLP requests entry of an order of this Court allowing BFLP a chapter 11 administrative expense, pursuant to 11 U.S.C. §503(b), or otherwise ordering the trustee pay, pursuant to 11 U.S.C. § 365(d)(3)(A), the amount of **$48,906.72**.

DATED this 15th day of August, 2022.

STOVER, GADD & ASSOCIATES, PLLC

By: /s/ David W. Gadd
David W. Gadd
Attorneys for BFLP, LLC

MOTION OF BFLP, LLC FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE AND SECOND MOTION TO COMPEL IMMEDIATE PAYMENT OF OUTSTANDING POSTPETITION OBLIGATION UNDER NONRESIDENTIAL LEASE – Page 4

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of August, 2022, the foregoing document was electronically filed with the Clerk of the Court through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Matthew Todd Christensen | mtc@johnsonmaylaw.com |
| Chad Moody | crm@johnsonmay.com |
| *Attorney for Debtors* | |
| | |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |
| *Attorney for US Trustee* | |
| | |
| Jesse A.P. Baker | ecfidb@aldridgepite.com |
| *Attorney for Ally Financial* | |
| | |
| Aaron Robert Bell | abell@eberle.com |
| *Attorney for Telcon, LLC* | |
| | |
| Amber Nicole Dina | amberdina@givenpursley.com |
| *Attorneys for Nelson Mullins Riley & Scarborough, LLP* | |
| | |
| Jon B. Evans | jb.evans@stoel.com |
| *Attorneys for ESI Pipeline Service, Inc. d/b/a Ozzie's Pipeline Padder* | |
| | |
| Robert A. Faucher | rfaucher@hollandandhart.com |
| *Attorney for Official Committee of Unsecured Creditors* | |
| | |
| Jonathon David Hallin | jhallin@lukins.com |
| *Attorney for PNC Equipment Finance, LLC* | |
| | |
| R Ron Kerl | Ron@cooper-larsen.com |
| *Attorney for John Deere Construction & Forestry Company* | |

MOTION OF BFLP, LLC FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE AND SECOND MOTION TO COMPEL IMMEDIATE PAYMENT OF OUTSTANDING POSTPETITION OBLIGATION UNDER NONRESIDENTIAL LEASE – Page 5

Jed W. Manwaring  jmanwaring@evanskeane.com
*Attorney for Kyle Enterprises LLC*
*dba Millennium*

James K Miersma
Attorneys for Santander Consumer USA Inc.  bknotice@mccarthyholthus.com

Bradley VandenDries  bvandendries@eberle.com
*Attorney for Telcon Services, LLC.*

Brent Russel Wilson  bwilson@hawleytroxell.com
Attorney for TBK Bank, SSB d/b/a
Triumph Commercial Finance

David Henry Leigh  docket@rqn.com
Attorney for Merchants Bank  asanchez@rqn.com
Equipment Finance

Gary Freedman  gary.freedman@nelsonmullins.com
Attorney for Nelson Mullins Riley  jackie.gonzalez@nelsonmullins.com
& Scarborough  rancis.santelices@nelsonmullins.com

Matthew K Shriver  matt.shriver@iic.idaho.gov.
Attorney for State of Idaho  shriver.matt@gmail.com
Industrial Commission


 */s/ David W. Gadd*
David W. Gadd

MOTION OF BFLP, LLC FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE
AND SECOND MOTION TO COMPEL IMMEDIATE PAYMENT OF OUTSTANDING
POSTPETITION OBLIGATION UNDER NONRESIDENTIAL LEASE – Page 6