# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF IDAHO

| | |
|---|---|
| IN RE:<br><br>IM SERVICES GROUP, LLC,<br><br>  Debtor. | Case No. 21-00737-NGH<br><br><br>Chapter 7 |

## NOTICE OF HEARING

On July 22, 2022, TBK Bank, SSB and the chapter 7 trustee, Timothy R. Kurtz ("Trustee") entered into a stipulation for relief from the automatic stay, Doc. No. 278 ("Stipulation").  The Stipulation is similar to a stipulation entered into between TBK Bank and Debtor prior to the case converting to chapter 7, but it includes information to address objections lodged by the Unsecured Creditors Committee to the original stipulation.  Doc. Nos. 160, 190.  The current Stipulation addresses the distribution of proceeds from prepetition auctions, apportioning the funds between TBK Bank and Trustee, and future collection of accounts receivables, again apportioning funds between TBK Bank and Trustee.  While the Stipulation was served through the ECF system on a number of attorneys, and no objections have been filed, the Court believes a hearing is appropriate to allow the parties to address how the Stipulation complies with the Code's priority distribution structure.  Therefore,

YOU ARE HEREBY NOTIFIED that the Stipulation for Relief from the Automatic Stay, Doc. No. 278, is scheduled for a telephonic hearing on **Wednesday,**

NOTICE OF HEARING - 1

**August 31, 2022**, at **1:30 p.m. (MDT)**, parties shall call the Court's Conference Number:

1-669-254-5252, and enter Meeting ID: 160-5422-0978.

DATED:  August 18, 2022



_____
NOAH G. HILLEN
U.S. Bankruptcy Judge

NOTICE OF HEARING - 2