Timothy R. Kurtz, ISB No. 7690
CHAPTER 7 BANKRUPTCY TRUSTEE
P.O. Box 956
Boise, ID 83701
Telephone (208) 287-8125
Facsimile (208) 287-8130

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>IM Services Group, LLC<br><br>          Debtor. | Case No. 21-00737-NGH<br>Chapter 7<br><br>**NOTICE OF PROPOSED**<br>**ABANDONMENT OF**<br>**PROPERTY OF THE ESTATE** |

**NOTICE OF PROPOSED ABANDONMENT OF PROPERTY OF THE ESTATE AND OPPORTUNITY TO OBJECT AND FOR A HEARING**

**No Objection.** The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within 14 days of the date of service of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

**Objection.** Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.

**Hearing on Objection.** The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

      COMES NOW, Timothy R. Kurtz, the Chapter 7 trustee (the "Trustee") in the above-captioned matter, pursuant to 11 U.S.C. § 554(a) and Fed. R. Bankr. P. 6007, and gives notice to all parties in interest to abandon the following property of the above bankruptcy estate:

**NOTICE OF PROPOSED ABANDONMENT**
**OF PROPERTY OF THE ESTATE - 1**

The Trustee alleges the remaining property located at 5418 Eagle Road, Ste 140 and Ste 160, Boise, Idaho 83713 and as described on the inventory list attached hereto, is burdensome and of inconsequential value to the estate and that it would be in the best interest of the Estate to abandon such property.  The Trustee requests that any order entered on the instant motion be effective as of the date of this motion.

Date: September 7, 2022                             /s/  Timothy R. Kurtz
                                                   Chapter 7 Bankruptcy Trustee

**NOTICE OF PROPOSED ABANDONMENT
OF PROPERTY OF THE ESTATE - 2**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 7, 2022, I filed the foregoing **NOTICE OF PROPOSED ABANDONMENT OF PROPERTY OF THE ESTATE** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

- **Jesse A.P. Baker**    ecfidb@aldridgepite.com
- **Aaron Robert Bell**    abell@eberle.com
- **Brett R Cahoon**    ustp.region18.bs.ecf@usdoj.gov
- **Matthew Todd Christensen**    mtc@johnsonmaylaw.com, mtcecf@gmail.com;mar@johnsonmaylaw.com;mla@johnsonmaylaw.com;acs@johnsonmaylaw.com;ecf@johnsonmaylaw.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com
- **Amber Nicole Dina**    amberdina@givenspursley.com, wandawhite@givenspursley.com;kad@givenspursley.com
- **Jon B Evans**    jb.evans@stoel.com, tracy.horan@stoel.com;karissa.armbrust@stoel.com;docketclerk@stoel.com;emina.hasanovic@stoel.com;hillary.bibb@stoel.com;kelly.tonkin@stoel.com
- **Robert A Faucher**    rfaucher@hollandhart.com, boiseintaketeam@hollandhart.com;spturner@hollandhart.com
- **Gary M. Freedman**    gary.freedman@nelsonmullins.com, jackie.gonzalez@nelsonmullins.com;francis.santelices@nelsonmullins.com
- **David W. Gadd**    dwg@magicvalleylaw.com, jfb@magicvalleylaw.com
- **Philip John Griffin**    , boiseintaketeam@hollandhart.com;njhammond@hollandhart.com
- **Jonathon David Hallin**    jhallin@lukins.com
- **William M Humphries**    bill.humphries@usdoj.gov, jessica.black@usdoj.gov
- **R Ron Kerl**    Ron@cooper-larsen.com, lanna@cooper-larsen.com
- **David Henry Leigh**    dleigh@rqn.com, docket@rqn.com;asanchez@rqn.com
- **Jed W. Manwaring**    jmanwaring@evanskeane.com, valerie@evanskeane.com
- **James K Miersma**    bknotice@mccarthyholthus.com, jmiersma@ecf.inforuptcy.com;jmiersma@ecf.courtdrive.com
- **Tara Martens Miller**    tmmiller@hollandhart.com
- **Chad Moody**    crm@johnsonmaylaw.com, acs@johnsonmaylaw.com;cjc@johnsonmaylaw.com;mar@johnsonmaylaw.com;ecf@johnsonmaylaw.com
- **Lance E Olsen**    bknotice@mccarthyholthus.com, lolsen@ecf.inforuptcy.com;lolsen@ecf.courtdrive.com
- **Sherilyn A. Olsen**    solsen@hollandhart.com
- **Ryan Pacher**    ryan.pacher@hklaw.com
- **Anthony Pirraglia**    anthony.pirraglia@hklaw.com
- **Matthew K Shriver**    matt.shriver@iic.idaho.gov, shriver.matt@gmail.com
- **US Trustee**    ustp.region18.bs.ecf@usdoj.gov
- **Bradley VandenDries**    bvandendries@eberle.com, pulmer@eberle.com
- **Brent Russel Wilson**    bwilson@hawleytroxell.com, lhanks@hawleytroxell.com

**NOTICE OF PROPOSED ABANDONMENT
OF PROPERTY OF THE ESTATE - 3**

AND, I FURTHER CERTIFY that on such date I served the foregoing **NOTICE OF PROPOSED ABANDONMENT OF PROPERTY OF THE ESTATE** on the following non-CM/ECF Registered Participants in the manner indicated:

Ally Bank, c/o AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Equipmentshare.com, Inc.
c/o Richard J. Wallace, III
Scheef & Stone LLP
500 N. Akard, Ste. 2700
Dallas, TX 75201

Robert A. Faucher
Holland & Hart LLP
101 S. Capitol Blvd. Ste 1400
P.O. Box 2527
Boise, ID 83701

Kyle Enterprises LLC dba Millennium
120 S. Wright Street
Delavan, WI 53115

Thomas Daniel Smith
Spinner, Wood & Smith
P.O. Box 6009
Pocatello, ID 83205

Superior Hydrovac Solutions, LLC
PO Box 1645
Hobbs, NM 88241

See Attached Mailing Matrix

/s/ Timothy R. Kurtz _____

**NOTICE OF PROPOSED ABANDONMENT
OF PROPERTY OF THE ESTATE - 4**

| LOT # | QTY | ASSET DESCRIPTION |
|---|---|---|
| 1 | 1 | XL white board |
| 2 | 5 | Black/Silver plastic computer stands |
| 3 | 1 | Black Mesk File Folder holder |
| 4 | 1 | Black Metal desk file stand |
| 5 | 1 | Silver Metal 5 teir file folder stand |
| 6 | 1 | Silver Metal 5 teir file folder stand |
| 7 | 2 | Black plastic file folder stand |
| 8 | 4 | Black plastic file folder stand |
| 9 | 1 | Black/Silver desk bell |
| 10 | 1 | Black mail basket for desk |
| 11 | 1 | small white electric heater |
| 12 | 1 | small black electric heater |
| 13 | 1 | small round black electric heater |
| 14 | 1 | small black electric heater |
| 15 | 1 | medium white electric heater |
| 16 | 1 | Century Link black internet router |
| 17 | 1 | Spare A - Wyse internet router |
| 18 | 1 | Spare B - Wyse internet router |
| 19 | 1 | Wyse internet router with cords |
| 20 | 1 | Spare C - Wyse internet router |
| 21 | 1 | Bullpen - Wyse internet router |
| 22 | 1 | verizon black phone with cord |
| 23 | 1 | verizon black phone with cord |
| 24 | 1 | verizon black phone with cord |
| 25 | 1 | verizon black phone with cord |
| 26 | 1 | verizon black phone with cord |
| 27 | 1 | verizon black phone with cord |
| 28 | 1 | black and silver wireless phone with docking station and cord |
| 29 | 1 | black and silver wireless phone with docking station and cord |
| 30 | 1 | wall plexy glass mounting - Epic Pipeline Fiber Route Poster |
| 31 | 1 | Allison Crane and Rigging Poster |
| 32 | 1 | Red wall mounted sounding board |
| 33 | 1 | Coastline Equipment 2021 wall calendar poster |
| 34 | 1 | wall plexy glass mounting - overall build details Reno to Las Vegas poster |
| 35 | 1 | wall plexy glass mounting - site map poster |
| 36 | 1 | White wall mounting sounding board |
| 37 | 1 | wall plexy glass mounting - westen US site poster |
| 38 | 1 | wall plexy glass mounting - site map poster |
| 39 | 1 | White wall mounting sounding board |
| 40 | 1 | wall plexy glass mounting - overall build details Reno to Boise poster |
| 41 | 1 | XL black and brown conference table |
| 44 | 1 | Blade master 80 mini fan |
| 49 | 3 | Set of 3 wooden/black leather chairs with silver metal legs |
| 51 | 1 | Multi-Colored block canvas wall hanging décor with black metal frame (3'x3') |
| 52 | 1 | Multi-Colored block mirror wall hanging decore |
| 53 | 1 | Ceramic tray green leaf with 4 rocks |
| 54 | 1 | Red metal tray with floral design |
| 55 | 1 | grey chevron striped chair pillow |
| 56 | 1 | glass/silver metal end table |
| 57 | 1 | small multi-colored rug |
| 58 | 1 | IM Serivices light up glass sign |
| 59 | 1 | wall plexy glass mounting - Spokane to Boise Fiber Route poster |
| 60 | 6 | metal bronze plate wall hangings décor |
| 61 | 1 | 4 Drawer HON filing cabinet |
| 62 | 1 | 4 Drawer HON filing cabinet |
| 63 | 1 | verizon black phone with cord |
| 64 | 1 | Large wooden/glass office desk with counter |
| 67 | 1 | Vintez desktop monitor privacy screen |
| 68 | 1 | 4 Drawer HON filing cabinet |
| 69 | 1 | wooden desk with drawers |
| 70 | 1 | 5 door HON filing cabinet |
| 71 | 2 | Set of 2 brown leather/wooden leg bar chairs |
| 72 | 1 | wooden 2 drawer desk |
| 73 | 1 | 2 door/1 drawer wooden/metal pulls filing cabinet |
| 74 | 1 | 2 door/1 drawer wooden/metal pulls filing cabinet |
| 75 | 1 | red wooden 2 large drawer filing cabinet |
| 76 | 1 | clear plastic desk chair floor mat |
| 77 | 1 | 5 tier metal/wooden shelves |
| 78 | 1 | clear plastic desk chair floor mat |
| 79 | 1 | small 3 drawer rolling black metal filing cabinet |
| 80 | 1 | small 3 drawer rolling black metal filing cabinet |
| 81 | 1 | 5 tier metal/wooden shelves |
| 82 | 1 | 5 door HON filing cabinet |
| 83 | 1 | 5 door HON filing cabinet |
| 84 | 1 | 2 drawer black filing cabinet |
| 85 | 1 | wooden/black L desk with 4 drawers/1 door |
| 86 | 4 | black/silver computer stands |
| 87 | 1 | clear plastic desk chair floor mat |
| 88 | 1 | black leather desk chair |
| 89 | 1 | black leather desk chair |
| 90 | 1 | black leather desk chair |
| 91 | 1 | black leather/silver rolling desk chair |
| 92 | 1 | black leather/silver rolling desk chair |
| 93 | 1 | black leather/silver rolling desk chair |
| 94 | 1 | black leather/silver rolling desk chair |
| 95 | 1 | black leather/silver rolling desk chair |
| 96 | 1 | black/silver/mesh rolling desk chair |
| 97 | 1 | black leather/silver rolling desk chair |
| 98 | 1 | two-tone grey/black rolling desk chair |
| 99 | 1 | black/silver/mesh rolling desk chair |
| 100 | 1 | two-tone grey/black rolling desk chair |
| 101 | 1 | black rolling desk chair with plastic arms |
| 102 | 1 | black leather desk chair |
| 103 | 1 | navy blue rolling desk chair |
| 104 | 1 | black/silver/mesh rolling desk chair |
| 105 | 1 | black leather desk chair |
| 106 | 1 | black leather desk chair |
| 107 | 1 | small black leather desk chair |
| 108 | 1 | small black leather desk chair |
| 109 | 1 | black HON 2 drawer filing cabinet |
| 110 | 1 | White wall mounting sounding board |
| 111 | 1 | large wooden L desk with 3 drawers |
| 112 | 1 | clear plastic desk chair floor mat |
| 113 | 1 | highback black mesh rolling desk chair |
| 114 | 1 | black leather/silver rolling desk chair |
| 115 | 1 | movers dolly |
| 116 | 1 | white 3-ring binder |
| 117 | 1 | Canon P27-DH desk calculator |
| 118 | 1 | Canon MP11DX desk calculator |

| 121 | 1 | Red Olympus Tough Stylus digital camera with charger/case |
| 122 | 1 | Black Canon Power Shot A2300 digital camera with charger/case |
| 123 | 1 | Black Canon Power Shot A2300 digital camera with 2 chargers/hard case |
| 124 | 1 | Black Canon Power Shot A810 digital camera with case |
| 125 | 1 | Black Canon Power Shot SD1400 IS digital camera with charger/case |
| 128 | 1 | 2000 Plus "received" date stamp |
| 129 | 1 | Swingline heavy duty stapler |
| 130 | 1 | black plastic desk pen holder |
| 131 | 1 | black mesk desk organizer |
| 132 | 1 | black plastic desk drawer organizer |
| 133 | 1 | metal 3 hole punch |
| 134 | 1 | clear plastic desk chair floor mat |
| 135 | 1 | clear plastic desk pen holder |
| 136 | 1 | Canon MP11DX desk calculator |
| 137 | 1 | black plastic desk drawer organizer |
| 138 | 1 | black leather desk organizer with white stitching |
| 139 | 1 | black plastic desk pen holder |
| 140 | 1 | black plastic desk pencil cup |
| 141 | 1 | black plastic desk pencil cup |
| 142 | 1 | black plastic desk pencil cup |
| 143 | 1 | black mesh desk pen cup |
| 144 | 1 | Sharp EL-1801V desk calculator |
| 145 | 1 | clipboard |
| 146 | 1 | clipboard |
| 147 | 1 | Classic Cut Paper cutting board |
| 156 | 1 | black metal 2 drawer filing cabinet |
| 173 | 1 | black/silver/mesh rolling desk chair |
| 174 | 1 | black leather/silver rolling desk chair |
| 175 | 1 | two-tone grey/black rolling desk chair |
| 176 | 1 | black leather and wood rolling desk chair |
| 177 | 1 | black leather and wood rolling desk chair |
| 178 | 1 | black leather and wood rolling desk chair |
| 179 | 1 | black leather/silver rolling desk chair |
| 180 | 1 | black leather and wood rolling desk chair |
| 181 | 1 | black leather and wood rolling desk chair |
| 182 | 1 | black leather and wood rolling desk chair |
| 183 | 1 | black/silver/mesh rolling desk chair |
| 184 | 1 | two-tone grey/black rolling desk chair - no arm rests |
| 185 | 1 | black rolling desk chair with plastic arms |
| 186 | 1 | black rolling desk chair with plastic arms |
| 187 | 1 | black leather/silver rolling desk chair |
| 188 | 1 | black leather rolling desk chair with white stitching |
| 189 | 1 | large white board |
| 190 | 1 | wooden round office table |
| 191 | 1 | wooden round office table |
| 192 | 1 | wooden L desk with black metal legs |
| 193 | 1 | clear plastic desk chair floor mat |
| 195 | 1 | black leather desk chair |
| 196 | 1 | black leather desk chair |
| 197 | 1 | black leather desk chair |
| 198 | 1 | black leather desk chair |
| 199 | 1 | large white board |
| 200 | 1 | white sounding board |
| 201 | 1 | black leather/silver rolling desk chair |
| 203 | 1 | wooden/metal folding banquet table |

| 204 | 1 | opaque desk chair floor mat |
| 205 | 1 | opaque desk chair floor mat |
| 206 | 1 | black metal 3 drawer filing cabinet |
| 207 | 1 | black verizon phone T41S |
| 209 | 1 | black plastic desk organizer |
| 210 | 1 | black verizon phone T41S |
| 211 | 1 | black verizon phone T41S |
| 217 | 1 | wooden/black desk with black 2 drawer cabinet |
| 219 | 1 | clear desk chair floor mat |
| 220 | 1 | tall 4 drawer metal filing cabinet |
| 221 | 1 | 2 drawer beige metal filing cabinet |
| 222 | 1 | black verizon phone T41S |
| 226 | 1 | opaque desk chair floor mat |
| 227 | 1 | hp keyboard |
| 228 | 1 | dell keyboard |
| 229 | 1 | logi keyboard |
| 230 | 1 | logitech keyboard |
| 231 | 1 | dell keyboard |
| 232 | 1 | hp keyboard |
| 233 | 1 | dell keyboard |
| 234 | 1 | logitech keyboard |
| 235 | 1 | pnixx keyboard |
| 236 | 1 | dell keyboard |
| 237 | 1 | dell keyboard |
| 238 | 1 | dell keyboard |
| 239 | 1 | dell keyboard |
| 240 | 1 | dell keyboard |
| 241 | 1 | logitech keyboard |
| 242 | 1 | Asus keyboard |
| 243 | 1 | Asus keyboard |
| 244 | 1 | logitech keyboard |
| 245 | 1 | dell keyboard |
| 246 | 1 | logitech keyboard |
| 247 | 1 | logitech keyboard |
| 248 | 1 | macally keyboard |
| 249 | 1 | logitech keyboard |
| 250 | 1 | dell computer monitor with cord |
| 251 | 1 | dell computer monitor with cord |
| 252 | 1 | dell computer monitor with cord |
| 253 | 1 | dell computer monitor with cord |
| 254 | 1 | acer computer monitor no cord |
| 255 | 1 | asus computer monitor with cord |
| 256 | 1 | dell computer monitor with cord |
| 257 | 1 | Bilt Blue/white/black helmet |
| 258 | 1 | dell computer monitor with cord |
| 259 | 1 | dell computer monitor no cord |
| 260 | 1 | dell computer monitor no cord |
| 261 | 1 | dell computer monitor no cord |
| 262 | 1 | LG computer monitor with cord |
| 263 | 1 | dell computer monitor no cord |
| 264 | 1 | LG computer monitor with cord |
| 265 | 1 | dell computer monitor no cord |
| 266 | 1 | hp computer monitor with cord |
| 267 | 1 | dell computer monitor with cord |
| 268 | 1 | dell computer monitor with cord |

| 269 | 1 | dell computer monitor with cord |
|---|---|---|
| 270 | 1 | dell computer monitor no cord |
| 271 | 1 | dell computer monitor with cord |
| 272 | 1 | dell computer monitor with cord |
| 273 | 1 | dell computer monitor with cord |
| 274 | 1 | hp computer monitor with cord |
| 275 | 1 | Lenovo computer no cord |
| 276 | 1 | LG computer monitor no cord |
| 277 | 1 | dell computer monitor with cord |
| 278 | 1 | dell computer monitor with cord |
| 279 | 1 | hp computer monitor with cord |
| 280 | 1 | dell computer monitor with cord |
| 281 | 1 | dell computer monitor no cord |
| 282 | 1 | hp computer monitor no cord |
| 283 | 1 | acer computer monitor no cord |
| 284 | 1 | logitech keyboard |
| 285 | 1 | dell computer monitor with cord |
| 286 | 1 | dell computer monitor with cord |
| 287 | 1 | dell computer monitor no cord |
| 288 | 1 | dell computer monitor with cord |
| 289 | 1 | dell computer monitor with cord |
| 290 | 1 | dell computer monitor no cord |
| 291 | 1 | dell computer monitor with cord |
| 292 | 1 | dell computer monitor with cord |
| 293 | 1 | hp computer monitor with cord |
| 294 | 1 | dell computer monitor with cord |
| 295 | 1 | hp computer monitor with cord |
| 296 | 1 | asus computer monitor with cord |
| 297 | 1 | dell computer monitor with cord |
| 298 | 1 | dell computer monitor no cord |
| 299 | 1 | dell computer monitor with cord |
| 300 | 1 | hp computer tower S/N 70HRN |
| 301 | 1 | dell computer tower  S/N 3VLXXV1 |
| 302 | 1 | dell computer tower S/N 6KGDHQ2 |
| 303 | 1 | dell computer tower S/N HXKVPW1 |
| 304 | 1 | computer monitor silver stand |
| 305 | 1 | dell computer tower S/N 6KGCHQ2 |
| 306 | 1 | dell computer tower S/N 661KGQ1 |
| 307 | 1 | dell computer tower S/N 8SY28P1 |
| 308 | 1 | dell computer tower S/N 6KG9HQ2 |
| 309 | 1 | Tuf Inside Gigabite computer tower S/N 7000396 |
| 310 | 1 | dell computer tower S/N F4C6RL1 |
| 311 | 1 | dell computer tower S/N 8SY38P1 |
| 312 | 1 | dell laptop S/N HQT7G63 |
| 313 | 1 | gram laptop S/N 013936 |
| 314 | 1 | gram laptop S/N 001166 |
| 315 | 1 | dell laptop S/N 6YN2SQ2 |
| 316 | 1 | dell laptop precision M3800 |
| 317 | 1 | hp envy laptop S/N CND0246PK5 |
| 318 | 1 | dell laptop S/N 4S7LM53 |
| 319 | 1 | dell laptop S/N 81SNM53 |
| 320 | 1 | dell laptop in box (new condition) |
| 321 | 25 | boxes of 11x17 white printing paper |
| 322 | 1 | white sounding board |
| 323 | 1 | black plastic desk drawer organizer |

| 324 | 1 | black plastic desk drawer organizer |
|---|---|---|
| 325 | 1 | wood laminate folding banquet table |
| 326 | 1 | white dry erase board |
| 327 | 1 | opaque desk chair floor mat |
| 328 | 1 | wood/black metal L desk with 3 drawer filing cabinet |
| 329 | 1 | Hisense TV - with remote |
| 330 | 1 | Hisense TV - with remote |
| 331 | 1 | Wall Mount for TV |
| 332 | 1 | Wall Mount for TV |
| 333 | 1 | glass vase |
| 335 | 2 | black plastic computer monitor screen protectors |
| 336 | 1 | wooden desk broken into 5 pieces |
| 337 | 1 | wooden L desk broken into 2 pieces |
| 338 | 2 | black metal stands |
| 339 | 1 | wooden/blavk desk broken into 4 pieces |
| 340 | 1 | wooden desk piece broken |
| 341 | 1 | wooden desk piece broken |
| 342 | 1 | Cisco Systems Catalyst 3750 series PoE-48 S/N 22T1GN |
| 343 | 1 | Dell Powervault MD1000 S/N 5R6PPJ1 |
| 344 | 1 | Dell PowerEdge 1950 S/N 21HJQC1 |
| 345 | 1 | desk counter top broken |
| 346 | 1 | Prolux wood finish stain (teak) open can |
| 347 | 1 | Dap Contact Cement (new) can |
| 348 | 1 | Master Painter interior stain (purple) open can |
| 349 | 1 | Master Painter interior flat paint (white) open can |
| 350 | 1 | Ambassador semi gloss paint open can |
| 351 | 1 | large black garbage can with swinging lid |
| 352 | 1 | Bottle Buddy Storage rack with 4 large water containers |
| 357 | 2 | white plastic basket 2x8 |
| 358 | 1 | package of black disposable coffee cup lids (25) |
| 359 | 1 | package of black disposable coffee cup lids (35) |
| 360 | 1 | package of coffee cup sleeves (47) |
| 361 | 1 | package of hot paper coffee cups with lids |
| 362 | 1 | package of Dixie Ultra paper plates |
| 363 | 1 | box of plastic disposable spoons |
| 364 | 1 | dish scrub brush with new scrub pad |
| 365 | 1 | primp water dispenser with 1 water bottle and box of parts |
| 367 | 1 | bottle of Northwest best windshield washer cleaner/de-icer |
| 368 | 1 | extra long wooden/black banquet table |
| 390 | 8 | cubicle desks with shelving and panels |
| 412 | 1 | michael khan connie framed boat picture |
| 413 | 1 | michael khan makanaw framed boat picture |
| 414 | 1 | picture of fiber optic cable |
| 415 | 1 | picture of tower of servers |
| 416 | 1 | picture of Eiffel Tower Statue |
| 417 | 1 | picture of water color décor art |
| 420 | 1 | Kirby vacuum and accessories |
| 421 | 1 | ratchet strap/tie downs (5) |
| 425 | 1 | box of extension cords (4) |
| 428 | 1 | water bottle |
| 429 | 1 | water bottle |
| 430 | 1 | large wooden/metal banquet table |
| 431 | 19 | garbage cans |
| 432 | 1 | box of cleaning supplies |
| 436 | 1 | box of calculators and stamps |

| 437 | 1 | box of reciept tape |
|-----|---|---------------------|
| 438 | 1 | box of rulers/scissors/office supplies |
| 439 | 1 | Large computer Server |
| 440 | 1 | box of envelopes/loose printer paper/paper tablets |
| 442 | 1 | box of manilla file folders |
| 443 | 1 | box of staplers/tape/tap dispensers |
| 444 | 1 | box of binder clips and office supplies |
| 445 | 1 | box of post it notes |
| 446 | 1 | box of surge protectors |
| 447 | 1 | box of 3 ring binders and protector sheets n |
| 448 | 1 | box of hanging file inserts |
| 449 | 1 | roll of packing plastic |

Label Matrix for local noticing
0976-1
Case 21-00737-NGH
District of Idaho
Boise
Wed Sep  7 10:52:38 MDT 2022

4A Services
PO Box 906
Freer, TX 78357-0906

ADEMCO INC. d/b/a ADI
PO Box 731340
Dallas, TX 75373-1340

AGC-Internation Union
Operating Engineer Local 701
PO Box 34203
Seattle, WA 98124-1203

AIRGAS USA, LLC
110 West 7th Street, Suite 1300
Tulsa, OK 74119-1106

APA Benefits, Inc.
8899 South 700 E., Ste. 22
Sandy, UT 84070-1810

AT  T Mobility
PO Box 6463
Carol Stream, IL 60197-6463

Aaron Trantham
501 S. Maple
Pecos, TX 79772-3625

Aaron Trantham
789 Cr 4119
Jacksonville, TX 75766-5294

Adrian Gaytan
50 Esther Street
Rio Grande City, TX 78582-9326

AirDesk Solutions
11534 N Broadleaf Hollow Ln
Highland, UT 84003-5633

Airgas USA
2015 Vaughn Road, Bldg 400
Kennesaw, GA 30144-7802

Airgas USA, LLC
PO Box 734671
Dallas, TX 75373-4671

Alejandro Estrella
Star Services of the Permian
1814 S. Thorp Street
Hobbs, NM 88240-7634

Alfredo Gomez
3905 Lanford Road
Mission, TX 78574-4976

Allen Segrest
5348 US Hwy 69 S
Lufkin, TX 75901-2172

Alliance Towing  Recovery
2005 N Jackson Street
Jacksonville, TX 75766-5137

Allied Benefit Systems NG
200 West Adams St., Ste. 500
Chicago, IL 60606-5215

Allison Crane  Rigging
2817 Lycoming Creek Rd
Williamsport, PA 17701-1026

Allison Crane & Rigging, LLC
2817 LYCOMING CREEK RD
WILLIAMSPORT, PA 17701-1026

Ally Bank
AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Ally Bank
c/o Aldridge Pite, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-7921

Ally Bank c/o AIS Portfolio Services, LP
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Ally Payment Processing
PO Box 78234
Phoenix, AZ 85062-8234

Amado Molina
3907 Live Oak St
Corpus Christi, TX 78408-3032

Amado Molina Jr
3907 Live Oak Street
Corpus Christi, TX 78408-3032

Amador Yanez
954 FM 1911 S
Alto, TX 75925-5971

Ameriben/IEC Group
PO Box 7186
Boise, ID 83707-1186

Anixter
PO Box 847428
Dallas, TX 75284-7428

Anixter Inc
Attn: Heather Kimmel
2301 Patriot Blvd
Glenview, IL 60026-8020

Antonio Tarin
1503 N Catherine Dr
Hobbs, NM 88240-3604

Ariel Cavazos
3505 Jamie St
Mission, TX 78574-4068

Armando Baeza
11740 Encantador Drive
Odessa, TX 79763-2461

Army 6 x 6 LLC
Andy Cox
1110 Esther Lane
Owatonna, MN 55060-4521

Army 6x6, LLC
1145 Jadden Lane
Owatonna, MN 55060-4523

Atmos Energy - Brian Murphy
PO Box 619785
Dallas, TX 75261-9785

Austin Davis
PO Box 182
Gallatin, TX 75764-0182

AvTech Capital
6995 S Union Park Ctre
Suite 400
Midvale, UT 84047-6088

Avi Faskowitz
6143 186th St., Ste. 207
Fresh Meadows, NY 11365-2710

B-Line Filter and Supply
1509 W Second Street
Odessa, TX 79763-4320

B2W Software
99 Bow Street, Suite 500
Portsmouth, NH 03801-3846

BFLP, LLC
c/o Stover, Gadd & Associates, PLLC
905 Shoshone St. N
Twin Falls, ID 83301-6363

BFLP, LLC
c/o Stover, Gadd & Associates, PLLC
905 Shoshone St. N.
P.O. Box 1428
Twin Falls, ID 83303-1428

Badger Daylighting
C/O Atwell Curtis and Brooks
204 Stonehinge Lane
Carle Place, NY 11514-1718

Badger Daylighting Corp
PO Box 95000 LB# 1627
Philadelphia, PA 19195-0001

Bailey Heavy Equipment Repai
PO Box 457
Lexington, OR 97839-0457

Bailey Heavy Equipment Repair, Inc.
PO BOX 457
LEXINGTON, OR 97839-0457

Jesse A.P. Baker
Aldridge Pite, LLP
4375 Jutland Drive, Suite 200
San Diego, CA 92117-3600

Bank of America
Atten: Bankruptcy
PO Box 982238
El Paso, TX 79998-2238

Bank of America, N.A.
PO BOX 31785
Tampa, FL 33631-3785

Aaron Robert Bell
Eberle Berlin, Chartered
P.O. Box 1368
Boise, ID 83701-1368

Berkley Fire   Marine Under
PO Box 639806
Cincinnati, OH 45263-9806

Big Rig Truck Service, Inc.
2660 Historic Route 66
Santa Rosa, NM 88435-2786

Blackstar Fiber Company, LP
Attn: Accounts Payable
18615 Tuscany Stone, Ste. 330
San Antonio, TX 78258-3486

Blake Hunter Elliot
1320 Evans Gann Road
Lufkin, TX 75904-0436

Blattner Company
Patrick Lindmark
Taft Stettinius & Hollister
2200 IDS Center, 80 South 8th Street
Minneapolis, MN 55402

(p)BLATTNER COMPANY
ATTN JEN RICKETTS-CURRAN PARALEGAL
392 COUNTY ROAD 50
AVON MN 56310-8684

Boyd CAT
Whayne Supply Company
10001 Linn Station
Louisville, KY 40223-3810

Brandi Strom
2001 County Road 3908
Jacksonville, TX 75766-1238

Brant Gholston
1261 AN CR 118
Elkhart, TX 75839

Brent L. Watkins
Skelton Slusher Barnhill
1616 S. Chestnut
Lufkin, TX 75901-5732

Bridgestone Horsepower, LLC
PO box 861777
Orlando, FL 32886-1777

Bruce H. Wingerd
Attorney at Law
PO Box 193
Clay Center, KS 67432-0193

Bryan Robertson
216 Hopper Road
Johnson City, TN 37604-2312

Bryan Ron McConnell
6243 Briarstone Valley Ln
Katy, TX 77493-4042

Buttars Family LP
c/o TOK Commercial
250 S 5th, Second Floor
Boise, ID 83702

CC Rentals
PO Box 10655
Corpus Christi, TX 78460-0655

CCAP Auto Lease Ltd.
P.O. BOX 961275
FORT WORTH, TX 76161-0275

CCAP Auto Lease Ltd.
PO Box 660647
Dallas, TX 75266-0647

CSA Materials, Inc.
PO box 60693
San Angelo, TX 76906-0693

CT Corporation System
c/o Unknown Creditor
330 N. Brand Blvd Attn: Sprs
Glendale, CA 91203-2336

Brett R Cahoon
DOJ-UST
550 West Fort St.
Ste 698
Boise, ID 83724-0101

Cambria Co Assoc for Blind
211 Central Ave
Johnstown, PA 15902-2406

Capital One Bank (USA), N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC  28272-1083

Central Florida Expressway
4974 ORL Tower Road
Orlando, FL 32807-1684

Central WI Equipment
204 Industrial Drive
Marion, WI 54950-8719

Certified Slings, Inc.
PO box 180127
Casselberry, FL 32718-0127

Chad Shannon
3207 Bonham Drive
Bryan, TX 77803-0875

Chaparral Bolt   Supply Co
PO Box 8818
Midland, TX 79708-8818

Charles Ewalt
10451 FM 59
Athens, TX 75751-8169

Charles Rose
2727 E Main St., Trlr 238
Uvalde, TX 78801-4996

Cheyenne Tire Co.
PO Box 13975
Odessa, TX 79768-3975

Chris Fenton
1926 High Meadow Drive
Duncan, OK 73533-1204

Matthew Todd Christensen
Johnson May, PLLC
199 N. Capitol Blvd
Suite 200
Boise, ID 83702-6197

Christian Garza
2605 Elmira Ave
McAllen, TX 78503-7528

Chrysler Capital
PO Box 961275
Fort Worth, TX 76161-0275

Circle C Hauling LLC
102 Spur Trail
Abilene, TX 79606-5760

City Electric Supply Co
Atten: Accounts Receivable
PO box 609521
Orlando, FL 32860-9521

City Electric Supply Company
301 E. Pine St, Suite 525
Orlando, FL 32801-2755

Clark Bros, Inc.
745 Broadway Street
Fresno, CA 93721-2807

Clinton Pierce
2003 FM 851
Alto, TX 75925-4287

Clintyn Copeland
260 Guadalajara Street
Rio Grande City, TX 78582-9748

Coastline Equipment
2000 E Overland Rd
Meridian, ID 83642-6665

Colby Lister
47 Dogwood Lane
Huntsville, TX 77320-7085

Comptroller of Public Accounts
C/O Office of the Attorney General
Bankruptcy - Collections Division MC-008
PO Box 12548
Austin TX 78711-2548

CompuNet, Inc.
PO Box 35143
Seattle, WA 98124-5143

Concerta Occupational Health
Centers of Southwest P.A.
PO Box 9005
Addison, TX 75001-9005

Container Storage
6414 Norwich Street
Houston, TX 77028-4836

Continental Battery Company
4919 Woodall Street
Dallas, TX 75247-6795

Convergent Industrial Soluti
PO Box 15547
Baton Rouge, LA 70895-5547

CoreHealth Networks
7884 Office Park Blvd
Suite 210
Baton Rouge, LA 70809-7652

Craig Collins
592 County Road 2910
Alto, TX 75925-5305

Cross Country Infrastructure
Cross Country Pipeline Supp
PO Box 843851
Kansas City, MO 64184-3851

Cruz Valdez
388 San Roberto Rd
Rio Grande, TX 78582-6886

Cyberlink ASP Technology Inc
Cyndie Rogers
PO Box 415000-0739
Nashville, TN 37241-0739

DKD Electric LLC
69801 Academy Parkwy West NE
Albuquerque, NM 87109

DKD Electric, LLC
6801 Academy Parkway West NW
Albuquerque, NM 87109

Daniel Lopez
PO Box 306
Rio Grande City, TX 78582-0306

Danny Belknap
4832 State Hwy 64
Ben Wheeler, TX 75754-4363

Danon Sylestine
100 Old Highway 190
Livingston, Tx 77351-3685

Danon Sylvestine
100 Old Hwy 190
Livingston, TX 77351-3685

Darren Thomas
900 W. Crescent Street
Meridian, ID 83646-4573

David Caddie
183 LaFour
Livingston, TX 77351-9596

David Gallegos
1728 Eidson Avenue
Odessa, TX 79763-2725

David Hensel
6941 Lake View Drive
Corpus Christi, TX 78412-5055

David Patillo   Associates
Lockbox Number 821345
525 Fellowship Rd, Suite 330
Mount Laurel, NJ 08054-3415

(p)DE LAGE LANDEN FINANCIAL
ATTN LITIGATION & RECOVERY
1111 OLD EAGLE SCHOOL ROAD
WAYNE PA 19087-1453

Derek Davis
3913 High Meadow Dr.
San Angelo, TX 76904-5605

Diamond H Trenching, Inc.
PO Box 280
Ponder, TX 76259-0280

Dig-It Excavating
100 Briar Patch Lane
Frankfort, KY 40601-7637

Dillon Wells
120 Reeder Rd
Bossier City, LA 71112-9761

Amber Nicole Dina
Givens Pursley LLP
601 W. Bannock Street
Boise, ID 83702-5919

Dobbs Equipment LLC
3933 Martin Luther King Blvd
West Palm Beach, FL 33404-5883

DoubleRadius, Inc.
2022 Van Buren Ave
Indian Trail, NC 28079-5667

Douglas Waddell
310 E Antonio Street
Uvalde, TX 78801-3106

Dutcher-Phipps Crane   Rigg
PO Box 910
Monahans, TX 79756-0910

ESI Pipeline Services dba
Ozzie's Pipeline
7102 West Sherman Street
Phoenix, AZ 85043-4200

ESPi NA, Inc.
630 Lincoln Ave
Clay Center, KS 67432-3030

EZ Pipeline Padding
1550 Laredo Drive
Odessa, TX 79761-7159

(p)LINEBARGER GOGGAN BLAIR & SAMPSON  LLP
ATTN DON STECKER
112 E PECAN
SUITE 2200
SAN ANTONIO TX 78205-1588

Ector County Appraisal Dist
1301 E 8th Street
Odessa, TX 79761-4726

Edgar Salinas
1319 Royal Palm St
Alamo, TX 78516-2720

Egnyte, Inc.
1350 W Middlefield Road
Mountain View, CA 94043-3061

Eide Bailly LLP
1801 13th Street, Ste. 210
Boulder, CO 80302-5387

Elijah M. Watkins
101 S. Capitol Blvd.
Ste. 1900
Boise, ID 83702-7705

Elliott Electric Supply
PO Box 206524
Dallas, TX 75320-6524

Elliott Electric Supply, Inc.
c/o Brent Watkins
Skelton Slusher Barnhill Watkins Wells P
1616 S. Chestnut
Lufkin, TX 75901-5732

Energy Management Corp
501 West 700 South
Salt Lake City, UT 84101-2228

Enrique Guerrero
355 County Road 2610
Alto, TX 75925-5017

Enterprise Damage Recovery
PO Box 843369
Kansas City, MO 64184-3369

Enterprise FM Trust & Enterprise Fleet Manag
Geoffrey S. Goodman, Foley & Lardner LLP
321 N. Clark St., #3000
Chicago, IL 60654-4762

Enterprise Fleet Mgmt
600 Corporate Park Dr.
Saint Louis, MO 63105-4211

Enterprise Fleet WEX
PO Box 800089
Kansas City, MO 64180-0089

EquipmentShare.com, Inc.
PO Box 2214
Decatur, AL 35609-2214

Equipmentshare.com, Inc.
c/o Richard J. Wallace, III
Scheef & Stone LLP
500 N. Akard, Ste. 2700
Dallas, TX 75201-3306

Eric Louviere
74 CR 174
Liberty, TX 77575-9672

Eric S Taylor
Eberle Berlin
PO Box 1368
Boise, ID 83701-1368

Ericson P. Kimbel
Frost Brown Todd
501 Grant Street, Ste. 800
Pittsburgh, PA 15219-4438

Jon B Evans
Stoel Rives LLP
101 S. Capitol Blvd.
Suite 1900
Boise, ID 83702-7705

Everett Distributing Company
PO Box 650
Hollister, FL 32147-0650

Excel Mulching
2228 SE Loop
Carthage, TX 75633-3160

FDOT
PO Box 31241
Tampa, FL 33631-3241

Fast Trac Transportation LLC
16220 Air Center Blvd
Houston, TX 77032-5118

Fastenal Company
ATTN: Legal
2001 Theurer Blvd.
Winona, MN 55987-9902

Fastenal Company
Post Office Box 1286
Winona, MN 55987-7286

Robert A Faucher
POB 2527
Boise, ID 83701-2527

Robert A. Faucher
Holland & Hart LLP
101 S. Capitol Blvd. Ste 1400
P.O. Box 2527
Boise, ID 83701-2527

FedEx Corporate Services, Inc
3965 Airways Blvd, Module G, 3rd Floor
Memphis,  38116-5017

Federal Express
Post Office 94515
Palatine, IL 60094-4515

First Citizens State Bank & Trust Company
Kutak Rock LLP
c/o Jeffrey T. Wegner, Esq.
1650 Farnam Street
Omaha, NE 68102-2186

First-Citizens Bank & Trust Company
c/o Evans Keane LLP
P.O. Box 959
Boise, ID 83701-0959

Flat Wireless, LLC DBA Clear
10210 Frankford Ave., Ste. 110
Lubbock, TX 79424-5840

Flex Fleet Rental LLC
PO Box 95405
Chicago, IL 60694-5405

Flex Fleet Rental, LLC
2855 E. Cottonwood Parkway, Suite 100
Salt Lake City, UT 84121-7038

Forza Safety LLC
PO box 460
Shallowater, TX 79363-0460

Frank C Salazar
Sutin Thayer  Browne
PO Box 1945
Albuquerque, NM 87103-1945

Frank Willis
9104 Buckhaven
Willis, TX 77378-1700

Freddy X. Munoz
One S.E. Third Avenue
Suite 2000
Miami, FL 33131-1704

Gary M. Freedman
Nelson Mullins Riley & Scarborough
2 S. Biscayne Blvd
Ste 2100
Miami, FL 33131-1811

Frontier Precision Inc.
1713 Burlington Drive
Bismark, ND 58504-7736

David W. Gadd
Stover, Gadd & Associates, PLLC
905 Shoshone St. N.
P.O. Box 1428
Twin Falls, ID 83303-1428

Gene Rainey
359 ACR 420
Palestine, TX 75803

GeoTab USA, Inc.
Dept CH 17089
Palatine, IL 60055-7089

Geoff McKinney
16393 Hwy 190 East
Livingston, TX 77351-4469

(p)GEORGIA DEPARTMENT OF REVENUE
COMPLIANCE DIVISION
ARCS BANKRUPTCY
1800 CENTURY BLVD NE SUITE 9100
ATLANTA GA 30345-3202

Gerardo Yanez
P.O Box 205
Roma, TX 78584-0205

Glenda D Hagerstrand
19838 Kennebec Way
Caldwell, ID 83605-8079

Gonzalez Weed Control/Constr
PO Box 3586
Houston, TX 77253-3586

Grainger
Department 887263137
PO Box 419267
Kansas City, MO 64141-6267

Graybar Electric Company
801 S 13th Street
Boise, ID 83702-6831

Green Equipment Company
2563 Gravel Drive
Fort Worth, TX 76118-6944

Gregory Knapp
75 Pease Hill Road
Whitney Point, NY 13862-2302

Philip John Griffin
Holland & Hart LLP
800 W Main Street
Suite 1750
Boise, ID 83702-5974

H   A Construction, LLC
109 Horn Road
Logansport, LA 71049-4303

H   E Equipment Services
PO Box 849850
Dallas, TX 75284-9850

H&E Equipment Services, Inc.
c/o Hicks Law Group PLLC
Kevin S. Wiley, Jr.
325 N. St. Paul Street, Ste 4400
Dallas, TX 75201-3880

H.L. Chapman Pipeline Construction, Inc.
c/o Kari B. Coniglio
Vorys, Sater, Seymour and Pease LLP
200 Public Square, Suite 1400
Cleveland, OH 44114-2327

HCTRA - Violations
PO Box 4440 Dept 8
Houston, TX 77210-4440

HDPE, Inc.
136 Kid Ellis Rd.
Mulberry, FL 33860-8398

HL Chapman Pipeline
PO Box 846241
Dallas, TX 75284-6241

HR Precision
PO Box 38
Meridian, ID 83680-0038

Haley K. Krug
Kirton McConkie
1100 W. Idaho Street, Suite 930
Boise, ID 83702-5662

Jonathon David Hallin
Lukins & Annis, P.S.
601 E. Front Ave., Ste. 303
Coeur d'Alene, ID 83814-5186

HealthCARE Express
3515 Richmond Rd.
Texarkana, TX 75503-0711

Hector Trevino
4613 Ashley Way
Mission, TX 78574-1307

Henry A. McLarty
9418 N. Winterwood Lane
Boise, ID 83714-1776

Hitachi Capital
3700 River Walk Dr #145
Flower Mound, TX 75028-1849

William M Humphries
U.S. Attorney's Office District of Idaho
1290 W. Myrtle St.
Suite 500
Boise, ID 83702-6950

IBT TVIG CT JV, LLC
251 Little Falls Drive
Wilmington, DE 19808-1674

IM Services Group, LLC
5418 N. Eagle Rd., Ste. 160
Boise, ID 83713-0100

ISCO Industries Inc
1974 Solutions Center
Chicago, IL 60677-1009

Idaho State Tax Comission
PO Box 36
Boise, ID 83722-0036

Idaho State Tax Commission
PO Box 36
Boise, ID 83707-0036

Industrial Communications
2535 N. Jackson
Odessa, TX 79761-1224

(p)INFUSE ENERGY LLC
2020 SOUTHWEST FREEWAY SUITE 325
HOUSTON TX 77098-4787

Innerduct.com (Terry-Durin)
3201 East Loop 820 South
Fort Worth, TX 76119-1814

Intelligent Infrastructure
7676 Jean Blvd
Fort Myers, FL 33967-6015

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Iron Horse Welding, LLC
PO Box 1521
Peralta, NM 87042-1521

JAM Materials, LLC
6308 SCR 1270
Midland, TX 79706

JKL Associates Inc.
PO Box 80046
Billings, MT 59108-0046

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz & Schneid, P.L.
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

Jack Fagile
4961 Hwy 14 N
Mexia, TX 76667-3802

Jaime Jr  Michaelea Perez
4816 101st Street
Lubbock, TX 79424-5708

James Fryar
120 Pine Street
Knoxville, AR 72845-8827

James Hodges
729 Rusk Ave
Wells, TX 75976

James Hope
19549 Chambers Dr.
Sterling, CO 80751-8526

James Mendinghall
1913 W Oak Ave
Duncan, OK 73533-2533

Jared Mills
524 Juan Thomas Rf
Tijeras, NM 87059-7907

Jason Hunt
421 S 27th St Apt K5
Duncan, OK 73533-2843

Jed W. Manwaring
Evans Keane LLP
PO Box 959
Boise, ID 83701-0959

Jeff Seglem
873 E Heron Brook Lane
Eagle, ID 83616-5230

Jeffrey F. Thomason
3800 E. 42nd Street, Suite 409
Odessa, TX 79762-5928

Jeffrey Rivera
3015 Trinity Drive
Belton, TX 76513-4462

Jeffrey T. Wegner
Kutak Rock LLP
1650 Farnam Street
Omaha, NE 68102-2186

Jeremy Lummus
203 County Road 4189
Orange, TX 77632-4850

Jeremy West
16906 Balmoral
Montgomery, TX 77316-2987

Jesse Mendinghall
515 North B Street
Duncan, OK 73533-6303

Jessica Fernandez
302 outlook dr
Houston, TX 77034-1514

John Craig
3650 HWY 67/377
Dublin, TX 76446

John Deere Construction & Forestry Company
PO Box 4229
Pocatello, ID 83205-4229

John Deere Financial
LockBox 650215 TX 1-0028
14800 Frey Rd
Fort Worth, TX 76155-2732

John Deere Forestry & Construction Company
23176 Network Place
Chicago, IL 60673-1231

John Hotard
11802 Lockwood Dr.
Trailer # 54
Houston, TX 77044-6294

John Karr
15105 Parakeet Street
Austin, TX 78734-5334

John R. Schreiber
O'Neil, Cannon, Hollman
111 E. Wisconson Ave, Suite
Milwaukee, WI 53202-4870

Jonathan D. Neerman
Jackson Walker LLP
2323 Ross Avenue Ste. 600
Dallas, TX 75201-2725

Jonathan Vela
211 N Muniz Street
Rio Grande City, TX 78582-2512

Jonathon D. Hallin
Lukins & Annis, P.S.
601 E. Front Ave.
Suite 303
Coeur d'Alene 83814-5186

Jonathon D. Hallin
Lukins & Annis, P.S.
601 E. Front Ave.
Suite 303
Coeur d'Alene, ID 83814-5186

Jordan Fiscal
241 Holly Lk W
Livingston, TX 77351-1275

Jordan Sharp
112 Geneva Cir
Gore, OK 74435-2000

Jose Arredondo
1450 CR 1418
Rusk, TX 75785-3212

Jose Aviles
5412 Beefalo Ln
Laredo, TX 78046-6985

Jose Melo
33348 Resaca Seca
San Benito, TX 78586-6990

Jose Rodriguez
508 S Benton Street
Midland, TX 79701-1215

Jose Sifuentes
11005 Old Mansfield Road
Keithville, LA 71047-5565

Joshua A Hasko
1400 Fifth Street Towers
100 S Fifth Street
Minneapolis, MN 55402-1210

Joshua Green
116 Youngs Lane Apt 116
Livingston, TX 77351-3811

Joshua Hotard
15119 Mause Creek Dr.
Humble, TX 77396-4725

Joshua Ryan Hotard
15119 Mause Creek Dr
Humble, TX 77396-4725

Joshua Warren
410 W. Valentino Street
Meridian, ID 83646-5318

Juan Guerra
2210 Truman Ave.
Mission, TX 78572-2555

Juan Lopez
6002 E US Hwy 83
Rio Grande City, TX 78582-6811

Juan Orlando Lopez
6002 East Us Hwy 83
Rio Grande City, TX 78582-6811

Justin Garrett
243 S Hwy 81
Declo, ID 83323-5071

Justin Knight
603 Becky Drive
Tyler, TX 75703-3692

K4 Services LLC
5418 North Eagle Rd., Ste. 1
Boise, ID 83713-0998

KB Transport Enterprises LLC
74 Dove Trail
Navasota, TX 77868-5854

Kade Oeding
5141 N. Maplestone Ave
Meridian, ID 83646-6776

Kaden Deck
683 E Main St
Van, TX 75790-2941

Kari B. Coniglio
Vorys, Sater, Seymour and Pease LLP
200 Public Square, Suite 1400
Cleveland, OH 44114-2327

Karl J. Johnson
80 So. Eighth Street, Suite 2200
Minneapolis, MN 55402-2210

Kathleen MacDougall
8650 W Rifleman St Unit E201
Boise, ID 83704-9607

Kelsey Business Services
PO Box 190904
Boise, ID 83719-0904

R Ron Kerl
POB 4229
Pocatello, ID 83205-4229

Kirby Williams
5518 Sarazen Drive
Corpus Christi, TX 78413-2921

(p)TIMOTHY R KURTZ
P O BOX 956
BOISE ID 83701-0956

Kyle Enterprises LLC dba Millennium
120 S. Wright Street
Delavan, WI 53115-2012

Kyle Enterprises, LLC
120 S Wright Street
Delavan, WI 53115-2012

Kyle Fay
880 20 1/2 Rd
Fruita, CO 81521-9115

Lamb Healthcare Center
1500 S. Sunset
Littlefield, TX 79339-4899

Landpoint
5486 Airline Drive
Bossier City, LA 71111-6804

Landpoint, LLC
Rachel T. Kubanda, Kean Miller LLP
711 Louisiana St., Suite 1800
Houston, TX 77002-2832

Laura Flores
320 N. 15th Street
Enid, OK 73701-4527

David Henry Leigh
Ray Quinney & Nebeker P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, UT 84145-0385

(p)LIBERTAS FUNDING LLC
411 WEST PUTNAM ST
SUITE 220
GREENWICH CT 06830-6295

Limitless Energy Services
1909 Hudson Ave.
Midland, TX 79705-7002

Luis Cazares
320 N. 15th Street
Enid, OK 73701-4527

M   E Fiber Optics LLC
12351 Sunset Oval
North Royalton, OH 44133-3385

MBA Administrators
PO Box 370
Meridian, ID 83680-0370

MPS Enterprises, Inc. d/b/a Milford
c/o Jennifer Gentile
601 N. Marienfeld, Suite 500
Midland, TX 79701-4365

MSI Tec, Inc.
8925 E Nichols Ave
Centennial, CO 80112-3410

Macario Salinas
416 Arbor St
Baytown, TX 77520-1912

Machinery Auctioneers.com
Headquarters
PO Box 977
Castroville, TX 78009-0977

Maison Rivers
277 Hickory Lane
Shelbyville, TX 75973-4887

Jed W. Manwaring
Evans Keane LLP
 1161 W. River St.
Suite 100
PO Box 959
Boise, ID 83701-0959

Marco Barios
630 E Brazos Street
Uvalde, TX 78801-3118

Margil Rodriguez
3210 N Moorefield Rd Apt 12
Mission, TX 78574-5108

(p)BLENDEN ROTH LAW FIRM
2217 HARWOOD RD
BEDFORD TX 76021-3607

Martin Lira
704 Nightingale Ave. Apt. D
McAllen, TX 78504-1766

Mary M. Caskey, Esq.
Haynsworth Sinkler Boyd, PA
PO Box 11889
Columbia, SC 29211-1889

Maryland Transportation Auth
PO Box 12853
Philadelphia, PA 19176-0853

Mas-Tek Engineering   Assoc
10625 Newkirk St., Ste. 800
Dallas, TX 75220-2393

Matthew Mendoza
717 S. Ashley Drive
Uvalde, TX 78801

Meadow Lark Agency
c/o TAB Bank
PO Box 150029
Ogden, UT 84415-0029

Medical Arts Hospital
2200 N Bryan Avenue
La Mesa, TX 79331-2451

Merchants Bank
7600 Parklawn Ave Ste 384
Minneapolis, MN 55435-5139

Merchants Bank Equipment Finance
36 S. State Street, Suite 1400
Salt Lake City, UT 84111-1451

Merchants Bank Equipment Finance, A Division
36 South State Street, Suite 1400
Salt Lake City, Utah 84111-1451

Michael Bennett
7540 E Irlo Bronson Memorial
Saint Cloud, FL 34771-9100

Michael E Milne
Milne Law Group PA
301 East Pine St., Ste 525
Orlando, FL 32801-2755

Michael Lloyd
2355 FM 347 N
Rusk, TX 75785-3534

Michael Murff
14125 Cedar Acres Loop
Mabank, TX 75147-3317

Michael Myers
2491 SE 27th Street
Okeechobee, FL 34974-6418

Michael Shannon Lloyd
2355 FM 347 N
Rusk, TX 75785-3534

Midland-Odessa Auto Auction
2521 N. Marco Ave.
Odessa, TX 79762-2501

James K Miersma
McCarthy Holthus LLP
108 1st Ave S.
Suite 300
Seattle, WA 98104-2104

Miguel Salinas
2026 Loma Vista Drive
San Juan, TX 78589-3369

Milford dba MPS Enterprises
7607 W. Industrial Ave.
Midland, TX 79706-2803

Millennium dba Kyle Enterpri
120 S Wright St
Delavan, WI 53115-2012

Tara Martens Miller
Holland & Hart LLP
800 West Main Street
Suite 1750
Boise, ID 83702-5974

Miranda E Crow
Atkins Hollmann Jones
3800 East 42nd St, Ste 500
Odessa, TX 79762-5959

Mitchell  Hooper Infrastruc
3304 Galesburg Dr
Austin, TX 78745-5812

Mobile Mini
PO Box 650882
Dallas, TX 75265-0882

Moffitt Services
PO Box 4820
Houston, TX 77210-4820

Chad Moody
Johnson May
199 N. Capitol Blvd., Suite 200
Boise, ID 83702-6197

Multi Machine Inc
2 Vliet Farm Road
Asbury, NJ 08802-1171

NEW YORK STATE DEPARTMENT OF LABOR
STATE CAMPUS BLDG 12 RM 256
ALBANY, NY 12240-0001

NRAI, Inc.
PO Box 4349
Carol Stream, IL 60197-4349

NYS Dept of Taxation Finance
Attn: Office of Counsel
Building 9 - WA Harriman Cam
Albany, NY 12227-0001

National Registered Agents
PO Box 4349
Carol Stream, IL 60197-4349

Nelson Mullins
PO Drawer 11009
Columbia, SC 29211-1009

Nelson Mullins Riley & Scarborough LLP
601 W. Bannock Street
Boise, ID 83702-5919

Nelson Mullins Riley & Scarborough LLP
c/o Gary M. Freedman
2 South Biscayne Blvd, 21st Floor
Miami, FL 33131-1800

New York State Department of Taxation & Fina
Bankruptcy Section
P O Box 5300
Albany, NY 12205-0300

New York State Department of Taxation and Fi
Bankruptcy Section
PO BOX 5300
Albany, NY 12205-0300

Noelle Dwarzski
Barlow Coughran Morales & Josephson, P.S
1325 Fourth Avenue
Suite 910
Seattle, WA 98101-4095

Noelle E. Dwarzski
Barlow Coughran Morales
1325 Fourth Ave Suite 910
Seattle, WA 98101-4095

North Texas Tollway Authorit
PO Box 660244
Dallas, TX 75266-0244

Northwest Maintenance
5435 North Chopin Ave
Meridian, ID 83646-4719

Nova Medical Centers
PO Box 840066
Dallas, TX 75284-0066

ODR Bkcy
955 Center St NE
Salem, OR 97301-2555

Lance E Olsen
McCarthy & Holthus LLP
108 First Avenue South, Suite 300
Seattle, WA 98104-2104

Sherilyn A. Olsen
Holland & Hart LLP
222 South Main St.
Suite 2200
Salt Lake City, UT 84101-2194

Oregon Department of Revenue
Atten: Bankruptcy Department
Salem, OR 97309-5018

Orla Metro Management LLC
PO Box 2476
Carlsbad, NM 88221-2476

Oscar Borunda
2600 W Ave R
Lovington, NM 88260-9682

Oscar Nunez
5365 Southcross Ranch
Lot 113
San Antonio, TX 78222-4101

Overhead Door
PO Box 2932
Midland, TX 79702-2932

Ozzies, Inc.
c/o J.B. Evans
Stoel Rives LLP
101 S. Capitol Blvd., Ste. 1900
Boise, ID 83702-7705

PNC BANK NA
c/o Aldridge Pite, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-7921

(p)PNC BANK RETAIL LENDING
P O BOX 94982
CLEVELAND OH 44101-4982

PNC Equipment Finance LLC
655 Business Center Drive
Horsham, PA 19044-3409

PNC Equipment Finance, LLC
c/o Lukins & Annis, P.S.
601 E. Front Ave.
Suite 303
Coeur d Alene, ID 83814-5186

PNC Equipment Finance, LLC
c/o Lukins & Annis, P.S.
601 E. Front Ave., Ste. 303
Coeur d'Alene, Idaho 83814-5186

PSS Pipeline Supply   Servic
PO Box 74321
Cleveland, OH 44194-4321

PT Corporation dba PT Broker
PO Box 1949
Cleveland, MS 38732-4949

Ryan Pacher
Holland & Knight LLP
811 Main Street
Suite 2500
Houston, TX 77002-6129

Paris Lummus
203 County Road 4189
Orange, TX 77632-4850

Paul Licking
PO Box 2344
Rock Springs, WY 82902-2344

Paylocity
Atten: Legal Counsel
1400 American Lane
Schaumburg, IL 60196-0001

Payton Spinks
621 Kemper Street
Scooba, MS 39358

Petro-Crate, LLC
26254 I-10 West, Ste 242
Boerne, TX 78006

Pipeline Testing Consortium
PO Box 842566
Kansas City, MO 64184-2566

Anthony Pirraglia
Holland & Knight LLP
811 Main Street
Suite 2500
Houston, TX 77002-6129

Pitney Bowes
PO Box 371887
Pittsburgh, PA 15250-7887

Port O Fresh Toilets Inc
740 South Central Ave
Hamlin, TX 79520-5431

Power Engineering Services
9179 Shadow Creek Lane
Converse, TX 78109-2041

PowerPlan
PO Box 4450
Carol Stream, IL 60197-4450

Pro Box Portable Storage
4150 E Magnolia Street
Phoenix, AZ 85034-7304

Procore Technologies INc
Dept CH 10757
Palatine, IL 60055-0757

Prowars Aggregate Operators
PO Box 173858
Denver, CO 80217-3858

Pulse Power
PO Box 734377
Dallas, TX 75373-4377

R. Kevin Sharbaugh
Keyser   Sharbaugh, PA
PO Box 92
Interlachen, FL 32148-0092

R.N. Bobby Bland
Bobby Bland Law
412 N. Texas
Odessa, TX 79761-5130

RC Lyon   Company, LLC
2161 Commercial Dr
Frankfort, KY 40601-8972

RDO EQUIPMENT CO.
PO BOX 7160
FARGO, ND 58106-7160

RDO Equipment Co.
225 Broadway N
Fargo, ND 58102-4800

RDO Equipment Co.
c/o Corporation Service Comp
801 Adlai Stevenson Dr
Springfield, IL 62703-4261

RDO Equipment Co.
c/o Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071

(p)RE POOL III LLC
ATTN BEN R DOUD
25528 GENESEE TRAIL RD
GOLDEN CO 80401-9366

RMA Toll Processing
PO Box 734182
Dallas, TX 75373-4182

RS Technologies
PO Box 730
Tilbury, ON Canada N0P2L0

RS Technologies Inc.
Haley K. Krug
Kirton McConkie
1100 W. Idaho Street, Suite 930
Boise, ID 83702-5662

Rachel T. Kubanda
Kean Miller LLP
711 Louisiana St., Suite 1800
Houston, TX 77002-2832

Ram Tool Construction Supply
PO Box 743487
Atlanta, GA 30374-3487

Randell Harvell
1003 Windmill Farms Blvd
Apt 118
Forney, TX 75126-6332

Raul Vela
227 County Road 150
Alice, TX 78332-7329

Raymundo Ramos
1502 Quail Drive
San Juan, TX 78589-3227

Republic Services
PO Box 78829
Phoenix, AZ 85062-8829

Richard C. Boardman
Perkins Coie LLP
1111 W Jefferson St, Ste 500
Boise, ID 83702-5391

Richard Frenner
PO Box 97
Freer, TX 78357-0097

Richard J. Wallace, III
Attorney at Law
500 N Akard, Ste. 2700
Dallas, TX 75201-3306

Riley Garrett
243 S Hwy 81
Declo, ID 83323-5071

Ring Power Corporation
PO Box 395004
Atlanta, GA 31193-5004

Robert Biggs
2212 Barry Drive
Killeen, TX 76543-2747

Robert Emerson
3540 CR 2206
Rusk, TX 75785-5294

Robert O'Byrne
21 Quandel Road
Animas, NM 88020-9306

Robert Pratt
508 SW Ave L
Seminole, TX 79360-5342

Roberto Carrisalez
3712 El Gorrion Drive
Mercedes, TX 78570-5744

Roggeman Air Conditioning
803 Market Street
Portland, TX 78374-1725

Ronald McCreary
604 Markus Ave
Lufkin, TX 75904-3759

Ryan Strom
1949 CR 3908
Jacksonville, TX 75766-7557

S2 Fiber, LLC
5418 N. Eagle Rd., Ste. 140
Boise, ID 83713-0100

SEMI Sunbelt Equipment
500 Davenport Drive
College Station, TX 77845-8421

SKG Engineering LLC
706 South Abe Street
San Angelo, TX 76903-6734

Sabatha Kelsey
12674 W Murchison Street
Boise, ID 83709-5589

Santander Consumer USA Inc.
c/o McCarthy & Holthus, LLP
702 W. Idaho Street, Ste. 1100
Boise, ID 83702-8902

Santander Consumer USA, Inc.
d/b/a Chrysler Capital
P.O. Box 961275
Fort Worth, TX 76161-0275

Sarah Leal
3547 Lopez Street
Mission, TX 78572-1699

Sean Jackson
302 E 5th Street
Cement, OK 73017

Select Health
PO Box 27368
Salt Lake City, UT 84127-0368

Sergio Figueroa
1210 W. Douglas
Pharr, TX 78577-7895

Sergio Ornelas
4371 Sandage Ave
Fort Worth, TX 76115-1950

Shane McKinney
6930 County Road 1215
Flint, TX 75762-9176

Shelly Cook
3304 Hazelwood Circle
Caldwell, ID 83605-6477

Shred-It c/o Stericycle, Inc
28883 Network Place
Chicago, IL 60673-1288

Matthew K Shriver
Idaho Industrial Commission
PO BOX 83720
Boise, ID 83720-0041

Signal Energy Constructors
2034 Hamilton Place Blvd.
Suite 400
Chattanooga, TN 37421-6102

Skope Broadband   Comm
PO Box 1930
Kyle, TX 78640-1802

Small Business Administration
409 3rd Street SW
Washington, DC 20416-0005

Thomas Daniel Smith
Spinner, Wood & Smith
P.O. Box 6009
Pocatello, ID 83205-6009

Sparklight
PO Box 78000
Phoenix, AZ 85062-8000

Splicers Inc
PO Box 2525
Conroe, TX 77305-2525

Star Services, LLC
1815 Rattler Lane
Midland, TX 79705-1717

State Road and Tollway Auth
PO Box 2645
Atlanta, GA 30301-2645

Stephen J. Muhonen
Racine Olson PLLP
PO Box 1391
Pocatello, ID 83204-1391

Stephen W. Beane, Esq.
Attorney at Law
P.O. Box 2694
Boise, ID 83701-2694

Steven Butler
265 Ash Butler
Livingston, TX 77351-1823

Sumitomo Mistui Finance and
Leasing Company, Limited
666 Third Avenue, 8th Floor
New York, NY 10017-4033

Sumitomo Mitsui Finance and Leasing Co. Ltd.
c/o Kye Law Group, P.C.
201 Old Country Road
Suite 120
Melvill, NY 11747-2725

Sumitomo Mitsui Finance and Leasing Co. Ltd.
c/o Kye Law Group, P.C.
201 Old Country Road, Suite 120
Melville, NY 11747-2725

Summit Electric Supply
PO Box 848345
Dallas, TX 75284-8345

SunTrust Bank now Truist Bank
SunTrust Bank now Truist Bank, Support S
P.O. Box 85092
Richmond, VA 23286-0001

Sunbelt Rentals
PO Box 409211
Atlanta, GA 30384-9211

Suntrust Bank
PO Box 85024
Richmond, VA 23285-5024

Superior Hydrovac Solutions
PO Box 3730
Hobbs, NM 88241-3730

Superior Hydrovac Solutions, LLC
PO Box 1645
Hobbs, NM 88241-1645

Synergi Partners, Inc.
151 W. Evans St.
Florence, SC 29501-3425

Synergi Partners, Inc.
c/o Mary M. Caskey, Esq.
Haynsworth Sinkler Boyd, PA
PO Box 11889
Columbia, SC 29211-1889

T-Rex Services
192-2 Lockbox 4458
Houston, TX 77210-4458

T. Benton Smith, JR.
P.O. Box 1594
Jonesboro, AR 72403-1594

TBK Bank, SSB
12700 Park Central Dr.
Ste. 1700
Dallas, TX 75251-1517

TBK Bank, SSB d/b/a Triumph Commercial Finan
c/o Brent R. Wilson
Hawley Troxell Ennis & Hawley LLP
877 Main Street, Suite 1000
Boise, ID 83702-5884

TESMEC USA, INC.
2217 Harwood Rd
Bedford, TX 76021-3607

TJ Goodwin Enterprises, Inc.
PO Box 3160
Okeechobee, FL 34973-3160

TM Properties, LLC
213 N Wells St.
Edna, TX 77957-2727

TNT Crane  Rigging Inc.
925 S Loop W
Houston, TX 77054-4606

TNT Towing
PO Box 163
Vaughn, NM 88353-0163

Tampa-Hillsborough Express
PO Box 865460
Orlando, FL 32886-5460

Tanner Elliott
455 Vera Mae Thomas Road
Huntington, TX 75949-2619

Tarheel Contractor Supply
162 Porter Road
Rock Hill, SC 29730-6339

Techline, Inc.
PO Box 674005
Dallas, TX 75267-4005

Telamon Corporation
1000 E. 116th Street
Carmel, IN 46032-3416

Telamon Corporation
PO Box 855906
Minneapolis, MN 55485-5906

Telcon Services, LLC
c/o Ronald A. Ivie
3401 S Old Wick ave
Eagle, ID 83616-4810

Teletrac Navman
32472 Collection Center Dr
Chicago, IL 60693-0324

Terracon Consultants
10625 W I-70 Frontage Ste 3
Wheat Ridge, CO 80033-1729

Terry Baloga
1737 Purdue Avenue
Big Spring, TX 79720-3441

Tesmec USA Inc
PO Box 671062
Dallas, TX 75267-1062

Tesmec USA Inc.
12520 E FM 917
Alvarado, TX 76009-6160

Texas Comptroller Public
Bankruptcy Section
PO Box 13528 Capitol Station
Austin, TX 78711-3528

Texas Pride Fuels LTD
PO box 732559
Dallas, TX 75373-2559

Texas Workforce Commission
Regulatory Integrity Division - SAU
Room 556
101 E. 15th Street
Austin, TX 78778-0001

The Cincinnati Insurance Co
Attn: Bankruptcy
PO Box 145496
Cincinnati, OH 45250-5496

The Cincinnati Insurance Co
PO Box 145620
Cincinnati, OH 45250-5620

The Official Committee of Unsecured Creditor
c/o Robert A. Faucher
Holland & Hart LLP
P.O. Box 2527
Boise, id 83701-2527

The Sollami Company
%Stephen W. Beane
Attorney at Law
P.O. Box 2694
Boise, ID 83701-2694

The Sollami Company
PO Box 627
Herrin, IL 62948-0627

The Water Factory Co
1005 W Butz
Fort Stockton, TX 79735

Theodore Kitzman
5598 County Road 6
Wiggins, CO 80654-7202

Thomas Carter
18 Glover Road
Poplarville, MS 39470-7544

Tie Specialties LLC
PO Box 4734
Odessa, TX 79760-4734

Tom M. Dees, III
1445 Ross Ave, Ste. 2400
Dallas, TX 75202-2758

Tommie Jackson
10950 Tanner Park Ct #2104
Houston, TX 77075-1324

Tony Contreras
413 Strong Street
Bowie, TX 76230-5520

Topchoice Brokerage LLC
PO Box 248920
Oklahoma City, OK 73124-8920

Tradesmen International LLC
9760 Shepard Road
Macedonia, OH 44056-1124

Tradesmen International LLC
PO Box 842227
Boston, MA 02284-2227

Travelers Insurance
Atten: Bankruptcy Dept
One Tower Square
Hartford, CT 06183-0001

Treasure Valley Coffee
11875 President Drive
Boise, ID 83713-8976

Treasure Valley IT
9462 W. Fairview Ave. Ste A
Boise, ID 83704-8101

Trench Grader
99 Hwy 64 W
Fair Oaks, AR 72101-7504

Trench Grader, Inc.
P.O. Box 1594
Jonesboro, AR 72403-1594

Truist Bank
c/o McCarthy & Holthus, LLP
108 1st Avenue South, Ste. 300
Seattle, WA 98104-2104

Tyler John Soderquist
61986 Oak Grove Rd.
Montrose, CO 81403-9686

Tyler Soderquist
880 20 1/2 Road
Fruita, CO 81521-9115

UPS
PO Box 809488
Chicago, IL 60680-9488

US Department of Labor
Wage   Hour Division
1387 S Vinnell Way, Room 110
Boise, ID 83709-1657

US Department of Labor, Wage and Hour Divisi
90 Seventh Street
Suite 3-700
San Francisco, CA 94103-6704

US Trustee
Washington Group Central Plaza
720 Park Blvd, Ste 220
Boise, ID 83712-7785

USA Mobile Drug Testing
11016 N Dale Mabry Hwy
Suite 204
Tampa, FL 33618-3871

United Rentals
File 51122
Los Angeles, CA 90074-1220

United States Trustee
550 West Fort Street
Suite 698
Boise, ID 83724-0101

Uvalco Supply
2521 E Main Street
Uvalde, TX 78801-4940

Bradley VandenDries
EBERLE BERLIN KADING TURNBOW & MCKLVEEN
1111 West Jefferson, Ste 530
Boise, ID 83702-5393

Verizon Wireless
P.O. Box 660108
Dallas, TX 75266-0108

(p)VERMEER SOUTHEAST SALES & SERVICE INC
428 OCOEE APOPKA ROAD
OCOEE FL 34761-2146

Vermeer Texas-Louisiana
PO Box 650823
Dallas, TX 75265-0823

Vicente Balderas
1310 Quail Drive
San Juan, TX 78589-3234

WEX Fleet
PO Box 4337
Carol Stream, IL 60197-4337

WRS-Worldwide Rental Service
PO Box 172363
Denver, CO 80217-2363

Wagner Smith Equipment
PO Box 711569
Cincinnati, OH 45271-1569

Walker Industrial, LLC
1505 W. Walnut Hill Ln
Irving, TX 75038-3702

Web Bank
411 W. Putnam Ave, Suite 220
Greenwich, CT 06830-6295

WebBank
215 State Street, Ste. 1000
Salt Lake City, UT 84111-2336

Wells Fargo Auto Finance
P.O. Box 29492
Phoenix, AZ 85038-9492

Wells Fargo Bank N.A., d/b/a Wells Fargo Aut
PO Box 130000
Raleigh NC 27605-1000

Wells Fargo Bank, N.A., d/b/a Wells Fargo Au
c/o McCarthy & Holthus, LLP
702 W. Idaho Street, Ste. 1100
Boise, ID 83702-8902

West States Enegy Contractor
PO Box 1457
Bloomfield, NM 87413-1457

West States Energy Contractors, Inc.
c/o Jeffrey F. Thomason
3800 E. 42nd Street, Suite 409
Odessa, TX 79762-5928

West Texas Commercial Clean
850 Tower Drive, Ste. 106
Odessa, TX 79761-4252

William Sinclair
2827 Hickory Street
Whitney Point, NY 13862-1904

Williams Scotsman Inc.
PO Box 91975
Chicago, IL 60693-1975

Brent Russel Wilson
Hawley Troxell Ennis & Hawley LLP
877 Main Street, Suite 1000
Boise, ID 83702-5884

Wyatt Construction Company
3417 W North Ave
Ponca City, OK 74601-7721

Xpress Wellness Urgent Care
701 Cedar Lake Blvd Ste 160
Oklahoma City, OK 73114-7818

Yates Insurance Agency, Inc.
2800 Century Parkway NE
Suite 300
Atlanta, GA 30345-3140

Z-Tek Construction LLC
1609 S Hackberry
Pecos, TX 79772-5711

Zeno Office Solutions
5301 W. Loop 250 N
Midland, TX 79707-4111

(p)ZIONS FIRST NATIONAL BANK
LEGAL SERVICES UT ZB11 0877
P O BOX 30709
SALT LAKE CITY UT 84130-0709

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Blattner Energy, Inc.
392 County Road 50
Avon, MN 56310

De Lage Landen Financial Services
1111 Old Eagle School Rd
Wayne,  19087

Ector CAD
Linebarger Goggan Blair and Sampson, LLP
112 E. Pecan Street, Suite 2200
San Antonio, TX 78205

Georgia Dept of Revenue
1800 Century Blvd NE
Atlanta, GA 30345

Infuse Energy
2020 Southwest Fwy Ste 325
Houston, TX 77098

Timothy R. Kurtz
Chapter 7 Trustee
PO Box 956
Boise, ID 83702

(d)Timothy R. Kurtz
Chapter 7 Trustee
PO Box 956
Boise, ID 83702

Libertas Funding LLC
411 W. Putnam Ave., Ste. 220
Greenwich, CT 06830

Mark P Blenden
Blenden Roth Law Firm
2217 Harwood Rd
Bedford, TX 76021

PNC Bank NA
Bankruptcy Department
PO BOX 94982
Cleveland, OH 44101

RE Pool III LLC
25528 Genesee Trail
Golden, CO 80401

(d)RE Pool III LLC
Marilee Doud/Theresa Anderso
25528 Genesee Trail Road
Golden, CO 80401

Vermeer Southeast
12785 44th Street
Clearwater, FL 33762

Zions First National Bank
Legal Services, UT ZB11 0877
P.O. Box 30709
Salt Lake City, UT 84130

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Ally Bank

(d)Ally Bank, c/o AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

(u)Ally Financial

(u)Bank of America (NC)

(u)Berkley National Insurance Company

(u)Blackstar Fiber Company, LP

(u)ESI Pipeline Service, Inc. d/b/a Ozzie'

(d)Equipmentshare.com, Inc.
c/o Richard J. Wallace, III
Scheef & Stone LLP
500 N. Akard, Ste. 2700
Dallas, TX 75201-3306

(u)Gary M. Freedman

(d)JKL Associates, Inc.
PO Box 80046
Billings, MT 59108-0046

(u)Kenter International
9-11 Allen Street Unit 9
Moffatt Beach, QLD 4551

(u)Noelle Dwarzski
Barlow Coughran Morales & Josephson, P.S
,

(u)PNC BANK NA

(d)Sabatha Kelsey
12674 W. Murchison Street
Boise, ID 83709-5589

(u)State of Idaho, Industrial Commission

(d)Superior Hydrovac Solutions, LLC
P.O. Box 1645
Hobbs, NM 88241-1645

(u)Telcon Services, LLC

(u)U.S. Department of Labor

(d)Wells Fargo Bank N.A., d/b/a Wells Fargo A
PO Box 130000
Raleigh NC 27605-1000

End of Label Matrix
Mailable recipients    511
Bypassed recipients     19
Total                  530