Jason Naess, ISBN 8407
Assistant United States Trustee
Brett R. Cahoon, ISBN 8607
United States Department of Justice
Office of the United States Trustee
550 West Fort Street Ste 698
Boise, Idaho 83724
(208) 334-1300
(208) 334-9756 [Facsimile]
ustp.region18.bs.ecf@usdoj.gov

Attorneys for the Acting United States Trustee

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>IM Services Group, LLC,<br><br>                     Debtor. | Case No. 21-00737-NGH<br>Chapter 7 |

### STIPULATION TO REDUCE FEES REQUESTED

Gregory M. Garvin, the Acting United States Trustee ("United States Trustee"), and Holland & Hart LLP ("H&H"), counsel to the Official Committee of Unsecured Creditors, hereby stipulate to a reduction in the fees requested by H&H pursuant to the First and Final Fee Application of Holland & Hart LLP for the Allowance of Compensation and Reimbursement of Expenses, docket no. 287 (the "Fee Application"), as follows.

1.   H&H was retained by the Unsecured Creditors Committee and obtained Court approval to serve as counsel for the committee.

2.   H&H filed the Fee Application on August 15, 2022, seeking fees and costs associated with services provided as counsel for the committee.

1

3. On or around August 30, 2022, the United States Trustee made an inquiry to H&H regarding the Fee Application and raised concerns to H&H regarding duplicative services, excessive conferencing between attorneys in the firm, and services related to interviewing potential Ch. 11 trustees to serve in that capacity in the event that the Unsecured Creditors Committee prevailed on its motion to have a chapter 11 trustee appointed.

4. In order to resolve the concerns raised by the United States Trustee, the parties agree as follows:

   a. H&H agrees to reduce its fees by $5,877.50, and agrees that any Order approving fees and expenses under the Fee Application shall not exceed $70,738.58 ($69,687.00 in fees and $1,051.58 for expenses);

   b. Such reduction is made specifically in respect of the following:

(A) 4.75 hours billed by Robert Faucher in connection with the Creditors' Committee's evaluation of and recruitment of potential chapter 11 trustees ($1,900), and (B) the following time entries:

| Date | Hours | Fees |
|---|---|---|
| 4/29/2022 | .2 | $75.00 |
| 5/1/2022 | .3 | $112.50 |
| 5/1/2022 | .3 | $112.50 |
| 5/2/2022 | .7 | $297.50 |
| 5/3/2022 | 1.1 | $412.50 |
| 5/4/2022 | .2 | $85.00 |
| 5/4/2022 | .5 | $212.50 |

2

| | | |
|---|---|---|
| 5/4/2022 | .5 | $187.50 |
| 5/6/2022 | .3 | $112.50 |
| 5/9/2022 | 2.5 | $937.50 |
| 5/10/2022 | .2 | $75.00 |
| 5/10/2022 | 1.3 | $552.50 |
| 5/11/2022 | .4 | $150.00 |
| 5/17/2022 | 1.1 | $467.50 |
| 5/17/2022 | .2 | $75.00 |
| 5/18/2022 | .3 | $112.50 |

c. H&H acknowledges and agrees that, for the purposes of Bankruptcy Code section 726(b), its claim for compensation and reimbursement of expenses was incurred under chapter 11 of title 11; and

d. H&H acknowledges and agrees that it does not seek, and is not requesting, immediate payment of its allowed fees and costs. Its allowed fees and costs shall be paid in accordance with the Bankruptcy Code and Bankruptcy Rules.

[Signatures on Next Page]

Date:   September 8, 2022                             GREGORY M. GARVIN
                                                     Acting United States Trustee  Region 18


                                                     By: /s/ Brett R. Cahoon
                                                     BRETT R. CAHOON


Date:   September 8, 2022                             HOLLAND & HART LLP


                                                     By: /s/ Robert A. Faucher
                                                     Robert A. Faucher


19794416_v2