Timothy R. Kurtz, ISB No. 8774
Chapter 7 Bankruptcy Trustee
P.O. Box 956
Boise, ID 83701
Telephone: (208) 287-8125
Facsimile: (208) 287-8130

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re: | Case No. 21-00737-NGH |
|---|---|
| IM Services Group, LLC | Chapter 7 |
| Debtor. | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will come before the Court regarding the Trustee's Objection to Motion for Allowance of Administrative Expenses for Jared Blamires (Dkt. No. 335) on **the 5th day of December, at the hour of 1:30 p.m. MT, or as soon thereafter as counsel may be heard**, at the James A. McClure Federal Building and United State Courthouse, 550 W. Fort St., Boise, Idaho.

Dated this 8th day of November, 2022.

/s/ Timothy R. Kurtz
Timothy R. Kurtz, Trustee

**NOTICE OF HEARING - 1**